IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN COLODONATO, | : |
| Plaintiff, | : NO. 2:15-cv-05045-RBS |
| v. | : |
| ONEMAIN FINANCIAL, INC., | : |
| Defendant. | : |

**ORDER**

AND NOW, this 7th day of October, 2016, upon consideration of the Motion of Defendant OneMain Financial Group, LLC, successor by merger to OneMain Financial, Inc. ("OneMain") to Confirm Arbitration Award, and any response thereto, it is hereby ORDERED that defendant's Motion is GRANTED, and judgment is entered in favor of defendant OneMain and against plaintiff in the amount of $1,650.75.

BY THE COURT:

R. BARCLAY SURRICK, J.

Copied 10/7/16
M. Hidden
M. Bryce
C. Yeakel